UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN COURTHOUSE

DONNA BAIRD, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

DEL MONTE FOODS INC.,

        Defendant.

1:24-cv-02129-ENV-RML

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff gives notice that this action is voluntarily dismissed *with prejudice*. Each party shall bear its own attorneys' fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   May 22, 2024

        Respectfully submitted,

        SHEEHAN & ASSOCIATES, P.C.
        /s/ *Spencer Sheehan*
        Spencer Sheehan
        spencer@spencersheehan.com
        60 Cuttermill Rd Ste 412
        Great Neck, NY 11021
        Tel: (516) 268-7080

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated:  5/23/2024

/s/ *Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

2

**Certificate of Service**

I certify that on May 22, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan